**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-02488-LTB-CBS

LYLE HANSON,

        Plaintiff,

v.

NATIONAL OILWELL VARCO, L.P.,

        Defendant.
_____

**ORDER**
_____

      THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice (Doc 21 - filed May 24, 2013), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                   BY THE COURT:

                                                   s/Lewis T. Babcock
                                                   Lewis T. Babcock, Judge

DATED:   May 28, 2013